JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUSSY, INC., | Case No. 8:23-cv-01620-JWH-RAO |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MARCOS VILLALVA; VILLA CO.; RUIN MY LIFE INC. d/b/a BANNED LA and BANNEDLA; ERIC H. PARK; and DOES 1-10, inclusive, | |
| Defendants. | |

Pursuant to the Order [ECF No. 27] entered on or about February 2, 2024, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure in view of the failure of Plaintiff Stussy, Inc. to respond,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED**.

2. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: May 8, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE